UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

                Plaintiff,                22 Cr. 653 (KPF)

     v.                                      ORDER

MARK PIGNATELLO,

                Defendant.

------------------------------------------------------------X

KATHERINE POLK FAILLA, District Judge:

    It is hereby ORDERED, that the defendant, Mark Pignatello, USM# 13533-036, is hereby remanded to the custody of the United States Marshal.

    SO ORDERED.

Dated:    July 7, 2023
               New York, New York

                                                KATHERINE POLK FAILLA
                                                United States District Judge