**LAW OFFICE OF**
**BENJAMIN SILVERMAN**
224 WEST 30TH ST., SUITE 302
NEW YORK, NY 10001

TEL (212) 203-8074
FAX (646) 843-3938
Benjamin@bsilvermanlaw.com

April 5, 2024

**By ECF**
Honorable Katherine P. Failla
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007



Re: *United States v. Pignatello*, 22 Cr. 653 (KPF)

Your Honor:

    I represent Mark Pignatello in the above-referenced case. I write with the government's and Probation's consent respectfully to request that the plea and sentencing scheduled for April 12, 2024, be adjourned to May 9, 2024 at 2:30 pm. I understand that date and time is convenient for the Court. The reason for the request is to allow Mr. Pignatello additional time in a treatment program. Thank you for your consideration.

Respectfully submitted,

/s/ Benjamin Silverman
Benjamin Silverman
*Attorney for Mark Pignatello*

cc: Counsel of record (by ECF)
    Probation Officer Lisa Faro (by email)
    Mark Pignatello (by SMS)

```
Application GRANTED.  The plea and sentencing in this matter is
hereby ADJOURNED to May 9, 2024, at 2:30 p.m.

The Clerk of Court is directed to terminate the pending motion at
docket number 18.

Dated:    April 8, 2024
          New York, New York            SO ORDERED.
```

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE